ARIEL E. STERN
Nevada Bar No. 8276
HEIDI PARRY STERN
Nevada Bar No. 8873
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile:  (702) 366-1953
Email: ariel.stern@akerman.com
Email: heidi.stern@akerman.com

Attorney for *Defendant Aurora Loan Services LLC*



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KEHOE and KATHY KEHOE,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, QUALITY LOAN SERVICE CORPORATION and JIM MCGILL Does 1 through X,<br><br>Defendants. | Case No.: 3:10-cv-00256-RCJ-RAM<br><br>**ORDER EXPUNGING LIS PENDENS** |

On December 13, 2011, the Ninth Circuit Court of Appeals issued an order granting Appellant Kathy Kehoe's motion to dismiss her appeal based on the death of Co-Appellant John Kehoe [Dkt. 10].

Defendant Aurora Loan Services LLC requests that the lis pendens the Kehoes recorded against the subject property be canceled and expunged.

The Court finds that plaintiffs recorded a notice of lis pendens (**lis pendens**) on or about April 1, 2010 as document number 3866789, in the real property records maintained by the Washoe County Recorder. A copy of the lis pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Aurora's request to cancel the above-referenced lis pendens, and good cause appearing therefore, the Court hereby grants Aurora its requested relief and rules as follows:

{22816952;1}                                                        1

1. It is ordered, adjudged and decreed that the above-referenced lis pendens is hereby canceled, released, and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. It is further ordered, adjudged and decreed that Aurora record a properly certified copy of this Cancellation Order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May __, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**
/s/ Heidi Parry Stern
ARIEL E. STERN
Nevada Bar No. 8276
HEIDI PARRY STERN
Nevada Bar No. 8873
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Aurora Loan Services LLC*

{22816952;1}

2

# Exhibit A

Exhibit A

```
DOC # 3866789
04/01/2010 10:22:50 AM
Requested By
GEOFFREY L GILES
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00  RPTT: $0.00
Page 1 of 2
```

I hereby affirm that this document submitted
for recording does not contain a social security number

_____
Geoffrey Giles, Esq.,


APN: 129-280-06

When Recorded, mail to:

Geoffrey L. Giles, Esq.
527 California Ave.
Reno, NV 89509

## LIS PENDENS

KNOW ALL MEN BY THESE PRESENTS:

Notice is hereby given that an action affecting certain real property has been commended as Case No.: CV10-00952 in the Second Judicial District Court, Washoe County, of the State of Nevada where in John L. Kehoe and Kathleen M. Kehoe are named the Plaintiffs and Aurora Loan Services, LLC, Quality Loan Service Corporation, Jim McGill, are defendants in an action for quiet title *inter alia*.

This notice is made pursuant to and for the purposes enumerated in NRS 14.010; the subject property is located in the County of Washoe, State of Nevada, and is more fully described as follows:

"Lot 7 in Block B of Incline Village Unit No. 3, as shown on the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on June 25, 1969"

1

More commonly known as 821 Golfers Pass Road, Incline Village, Nevada, 89451

DATED this __1__ day of April, 2010.

_____
Geoffrey Giles, Esq.
Attorney for Plaintiffs
John L. Kehoe and Kathleen M. Kehoe

## ACKNOWLEDGMENT

STATE OF NEVADA )
                ) ss.
COUNTY OF WASHOE )

On the __01__ day of April, 2010, before me, the undersigned, a Notary Public in and for said State, personally appeared GEOFFREY GILES, ESQ., known to me to be the person whose name is subscribed to the within instrument and acknowledge that he executed the same.

Witness by my hand and official seal

MARCY ANNE RICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 03-82830-2 - Expires July 8, 2012

_____
NOTARY PUBLIC

2